IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION


GREGORY SMALLEY,                    )
                                    )
                Plaintiff,          )
                                    )
vs.                                 )        Case No. 16-03042-CV-S-ODS
                                    )
NANCY A. BERRYHILL,[1]              )
Acting Commissioner of Social Security, )
                                    )
                Defendant.          )

### ORDER GRANTING PLAINTIFF'S APPLICATION FOR ATTORNEY FEES

Plaintiff requests an award of fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $4,921.88. Doc. #17. Defendant has no objection to an award of EAJA fees in the amount of $4,921.88 to be paid by the Social Security Administration. Doc. #18. Plaintiff's motion is granted.

Plaintiff's award is subject to federal administrative offset for Plaintiff's outstanding federal debts, if any. *See Astrue v. Ratliff*, 130 S. Ct. 2521, 2527 (2010). In light of Plaintiff's assignment of any award to his attorney, the net award should be made payable to Plaintiff's counsel.


IT IS SO ORDERED.

                                    /s/ Ortrie D. Smith
                                    ORTRIE D. SMITH, SENIOR JUDGE
DATE: March 13, 2017                UNITED STATES DISTRICT COURT

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Nancy A. Berryhill is substituted for former Acting Commissioner Carolyn A. Colvin as the Defendant in this suit.